# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:
Ibedth Carrajco Edell
2812 Sandray Ct
Plano, TX 75093
SSN: XXX-XX-6332
Debtor

Case No. 18-42226 btr
Chapter: 13

### ORDER ESTABLISHING DEADLINE FOR OBJECTION TO
### MOTION FOR CONTINUATION OF AUTOMATIC STAY AND
### SETTING HEARING DATE ON SUCH MOTION

CAME ON BEFORE THE COURT, Debtors Motion for Continuation of Automatic Stay filed by the Debtor, Ibedth Carrajco Edell filed herein on 10/03/2018. In consideration of the time period in which a hearing must be conducted upon the Motion, the Court finds that notice of a deadline for objections and an accompanying hearing date should be established. Accordingly,

**IT IS ORDERED** that any objection to the Motion for Continuation of Automatic Stay shall be filed no later than **Friday, October 19, 2018**.

**IT IS FURTHER ORDERED** that the Court shall conduct a hearing on the Motion

on **Wednesday, October 24, 2018 , at 1:15 pm**
in the Courtroom of the United States Bankruptcy Court,
660 N. Central Expressway
Plano, TX 75074

**IT IS FURTHER ORDERED** that the Clerk shall give notice of this Order to all parties on the mailing matrix through the Bankruptcy Noticing Center.

Signed on 10/3/2018

_Brenda T. Rhoades_ SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE