

EOD
10/18/2018

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| IBEDTH CARRAJCO EDELL § | CASE NO. 18-42226-BTR-13 |
| § | |
| Debtor § | CHAPTER 13 |

### ORDER ON MOTION FOR EXTENSION OF TIME FOR FILING REQUIRED DOCUMENT UNDER 11U.S.C. § 521 AND ALL OTHER PROVISIONS OF THE CODE

CAME ON BEFORE THE COURT, Debtor's Motion for Extension of Time for Filing Required Documentation, and the Court finds good cause exists to grant said Motion. It is, therefore,

ORDERED, Debtor is allowed until 10/29/18 to file all required Schedules, Statements and Certifications.

Signed on 10/18/2018

*Brenda T. Rhoades* MD

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE